# IN THE SUPREME COURT OF THE STATE OF NEVADA

EDDIE EARVIN BELL,
                              Appellant,
                    vs.
THE STATE OF NEVADA,
                              Respondent.

No. 69670

FILED

MAR 0 4 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK



## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se appeal. Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

On January 25, 2016, appellant filed a notice of appeal. No appealable order was designated in the notice of appeal. To the extent that appellant appeals from the judgment of conviction, the notice of appeal is untimely filed. NRAP 4(b); NRS 34.575(1); NRAP 26(a); NRAP 26(c). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider this appeal. Accordingly, we

ORDER this appeal DISMISSED.[1]

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

---

[1]In light of this order, the pro se motion filed on February 23, 2016, is denied as moot.

 

16-07044

cc: Hon. William D. Kephart, District Judge
Eddie Earvin Bell
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk